Herbert H. Davis Company, Inc., appellant, v. Richard Macek et al., appellees. Gen. No. 8,323.

Opinion filed October 5, 1931.

Diver & Populorum, for appellant. Runyard & Behanna, for certain appellee.

Mr. Presiding Justice Jett delivered the opinion of the court.